UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE GUTIERREZ, JR. AND | § | |
| IRENE GUTIERREZ | § | |
| | § | CIVIL ACTION NO. 7:15-cv-00223 |
| VS. | § | |
| | § | |
| ALLSTATE TEXAS LLOYDS | § | |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Jorge Gutierrez, Jr. and Irene Gutierrez and Defendant, Allstate Texas Lloyds, file this, the Parties' Agreed Stipulation of Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would show the Court as follows:

1. On April 7, 2015, Plaintiffs, Jorge Gutierrez, Jr. and Irene Gutierrez sued Defendant.

2. Plaintiffs, Jorge Gutierrez, Jr. and Irene Gutierrez, move to dismiss their suit.

3. Defendant agrees to the dismissal of Jorge Gutierrez, Jr. and Irene Gutierrez's claims.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6. This case is not governed by any federal statute that requires a court order for the dismissal of Jorge Gutierrez, Jr. and Irene Gutierrez's case.

9. Plaintiffs have not previously dismissed any federal court or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is *with* prejudice to re-filing.

Respectfully submitted,

/S/ *Jose Luis Flores* _____
Jose Luis Flores
Attorney in Charge
Fed I.D. No.:
State Bar No.: 0786401
1111 W. Nolana Avenue
McAllen, Texas 78504
(956) 682-0924
(956) 682-3838 (fax)

/S/ Rosemary Conrad-Sandoval
Rosemary Conrad-Sandoval
Attorney In Charge
Fed. I.D. No. 13738
State Bar No. 04709300

Of Counsel:

ROERIG, OLIVEIRA & FISHER, L.L.P.
10225 N. 10th Street
McAllen, TX  78504
(956) 393-6300
(956) 386-1625 Fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the foregoing document has been mailed, via electronic service, to the Attorney for Plaintiff, as follows:

Jose Luis Flores
LAW OFFICE OF JOSE LUIS FLORES
1111 W. Nolana Avenue
McAllen, Texas 78504

on this 12th day of February, 2016.

/S/ Rosemary Conrad-Sandoval_____
ROSEMARY CONRAD-SANDOVAL