United States District Court
Southern District of Texas
**ENTERED**
February 16, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JORGE GUTIERREZ, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 7:15-CV-223 |
| ALLSTATE TEXAS LLOYDS, | § § § | |
| Defendant. | § | |

## ORDER ON STIPULATION OF DISMISSAL

After considering the parties' stipulation of dismissal, the Court

GRANTS the stipulation and dismisses Plaintiffs, Jorge Gutierrez, Jr. and Irene Gutierrez's claims asserted against Defendant, Allstate Texas Lloyds, with prejudice.

IT IS FURTHER ORDERED ADJUDGED AND DECREED that Court costs will be paid by the party incurring same.

SO ORDERED this 16th day of February, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge